United States Magistrate Judge David W. Christel

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NICOLETTE SCHWEIZER, | ) |
| Plaintiff, | ) **Case No.** 3:19-cv-5872 |
| vs. | ) **ORDER GRANTING EAJA FEE AWARD** |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| Defendant. | ) |

_____

     This matter having come on regularly before the undersigned by the stipulated motion for attorney fees pursuant to the Equal Access to Justice Act, it is hereby ORDERED that:

     Attorney fees of $5,837.63 pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412 be awarded to Plaintiff.  Subject to any offset allowed under the Treasury Offset Program, the EAJA attorney fees will be paid directly to the order of: Janet Leanne Martinez. Whether or not the EAJA fees are subject to any offset, payment of this award shall be made via

Douglas Drachler McKee & Gilbrough
1904 3rd Ave. Suite 1030
Seattle, WA 98101
206-623-0900
leannem@ddmglaw.com

check sent to Attorney Janet Leanne Martinez's address:  Douglas Drachler McKee &

Gilbrough, 1904 3rd Ave Suite 1030 Seattle, WA 98101.

Dated this 2nd day of September, 2020.

David W. Christel
United States Magistrate Judge

Presented by,

s/J. Leanne Martinez
Janet Leanne Martinez
Attorney for Plaintiff

No. 2:19-cv-1140                                          - 2
Proposed Order

Douglas Drachler McKee & Gilbrough
1904 3rd Ave. Suite 1030
Seattle, WA 98101
206-623-0900
leannem@ddmglaw.com